IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY E. OWENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-CV-239-TCK-mjx |
| | ) |
| OSAGE CASINO, | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

Before the Court is Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit ("Application") (Doc. 2). Under N.D. Okla. Civ. R. 3.3(a) ("Local Rule 3.3(a)"), an applicant seeking leave to proceed *in forma pauperis* must either submit a motion "on the form approved by this Court" or "furnish the Court with [ ] equivalent information." Plaintiff submitted his Application on a form for prisoners seeking to proceed *in forma pauperis*; however, because Plaintiff is no longer incarcerated, his motion does not comply with Local Rule 3.3(a). Plaintiff's Application (Doc. 2) is therefore DENIED without prejudice. Pursuant to Local Rule 3.3(a), Plaintiff shall pay the filing fee on or before June 2, 2017 or submit a proper application to proceed *in forma pauperis*; otherwise, the case may be dismissed without prejudice.

**SO ORDERED this 12th day of May, 2017.**

_____
**TERENCE KERN**
**United States District Judge**